UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18CR88 RAR |
| v. | VIOLATIONS: |
| | 18 U.S.C. §§ 922(m) and 924(a)(3)(B) |
| SAAR CORPORATION | (Failure to Maintain Firearms Records) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Failure to Maintain Firearms Records)

On or about November 2, 2015, and for some time prior thereto, in the District of Connecticut, defendant SAAR Corporation, a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to maintain records SAAR Corporation was required to keep pursuant to Title 18, United States Code, Section 923(g)(1)(A), by failing to keep complete and accurate written entries in its acquisition and disposition records, of firearm frames and receivers manufactured, acquired and sold/transferred by SAAR Corporation, which frames and receivers are precision-machined firearm components incapable of discharging a round in and of themselves, but are deemed firearms within the meaning of Title 18, United States Code, Section 921(a)(3)(B).

In violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

UNITED STATES OF AMERICA

*[signature]*
JOHN H. DURHAM
UNITED STATES ATTORNEY

*[signature]*
PATRICIA STOLFI COLLINS
ASSISTANT UNITED STATES ATTORNEY