Criminal Std (6/13/2012)

HONORABLE: Richardson
DEPUTY CLERK: A. Blue        RPTR/ECRO/TAPE: FTR
USPO:                        INTERPRETER:
TOTAL TIME: 1 hours 30 minutes
DATE: Apr 27, 2018   START TIME: 2:20pm   END TIME: 3:50pm

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR  9
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [ ] DETENTION HRG
- [x] WAIVER/PLEA HRG  81
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [ ] MOTION HRG

CRIMINAL NO. 3:18cr88 VLB        DEFT # 1

Patricia Stolfi Collins
AUSA

UNITED STATES OF AMERICA
vs
Saar Corp

Richard S. Cramer
Counsel for Defendant Ret  [x] CJA  [ ] PDA

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [ ] ...... [ ] Arrest Date (CT Case): _____ [ ] Case unsealed or [ ] Rule 5 arrest, ____ Dist of ____
- [ ] ...... CJA 23 Financial Affidavit filed [ ] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [ ] ...... Court appoints Attorney _____ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [x] ...... Appearance of Richard S. Cramer filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [x] ...... [x] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [x] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [x] ...... Plea of [ ] not guilty [x] guilty [ ] nolo contendere to count(s) 1 of the Information
- [ ] ...... Petition to Enter Guilty Plea filed                (indict, superseding indict, info)
- [ ] ...... Defendant motions due _____ ; Government responses due _____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ....... Hearing on Pending Motions scheduled for _____ at _____
- [ ] ...... Jury Selection set for _____ at _____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [x] ...... Sentencing set for 07-27-2018 at 11:00am  [x] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $____ on count(s) ____. Total $ ____ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of _____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $_____ [ ] reduced to $_____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] ...... Defendant detained
- [ ] ...... _____ Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [ ] conditions of bond [x] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... Findings and Recommendation ☒ filed ☐ granted ☐ denied ☐ advisement
☒ ..... Consent Form ☒ filed ☐ granted ☐ denied ☐ advisement
☒ ..... Consent Form to Proceed before Magistrate Judge on a Misdemeanor ☒ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: