UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

UNITED STATES OF AMERICA  :  Crim. No. 3 (RAR)

v.  :  3:18CR88 AVC

SAAR CORPORATION  :  April 27, 2018

-------------------------------------------------------X

## FINDINGS ON A PLEA OF GUILTY

On April 27, 2018, a hearing was conducted, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to plead guilty to Count One of the Information. Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement, I find the following:

- Saar Corporation is competent to plead;

- it understands the charges against it;

- it knows it has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with its current counsel;

- it understands Saar Corporation's right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

- it knows the maximum possible sentence including the maximum possible terms of imprisonment, supervised release, and the maximum potential fine that could be imposed;

- it knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that all factual disputes at sentencing will be resolved by the Judge by a preponderance of the evidence;

- it understands Saar Corporation's right to appeal, and that Saar Corporation's limited waiver of that right is made knowingly and of Saar Corporation's own free will;

- there is a factual basis for Saar Corporation's plea, based on Saar Corporation's remarks in open court and the factual representations made by the government in open court; and

- Saar Corporation's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced.

Accordingly, I accept the defendant's plea of guilty.

Dated this 27th day of April, 2018, at Hartford, Connecticut.

/s/ Robert A. Richardson
Robert A. Richardson
United States Magistrate Judge